ACCEPTED
03-15-00667-CV
8103311
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 4:53:23 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00667-CV**

**IN THE COURT OF APPEALS**
**THIRD DISTRICT OF TEXAS**
**AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 4:53:23 PM
JEFFREY D. KYLE
Clerk

---

**NASIM IQBAL, TEJ IQBAL, AND/OR OCCUPANTS OF 2503 PADEN CIRCLE, CEDAR PARK, TEXAS 78613**
*Appellants*

**v.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
*Appellee*

---

On Appeal from the
County Court at Law No. 4 of Williamson County, Texas
Cause No. 15-0444-CC4

---

**APPELLANT'S MOTION FOR**
**EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

---

TO THE HONORABLE COURT:

COMES NOW the Appellants, Nasim Iqbal, Tej Iqbal, and/or Occupants of 2503 Paden Circle, Cedar Park, Texas 78613 ("The Iqbals"), and file this their Motion for Extension of Time to File Appellant's Brief, and in support thereof would show the court as follows:

1. This case is an appeal from a final judgment in the County Court at Law No. 4 of Williamson County, Texas. The Iqbals are the appellants. Federal National Mortgage Association is the appellee.

1

2. The clerk's record in this case was filed on November 2, 2015, and the reporter's record in this case was filed on November 30, 2015. Under the current briefing schedule, The Iqbals' brief is due on Wednesday, December 30, 2015. TEX. R. APP. P. 38.6(a).

3. Lead Counsel for appellant, Mr. Scott Placek, will be out of the office in December due to an illness in his family and the Christmas holidays. Due to that travel, Mr. Placek requires more time to review the clerk's record and reporter's record in this case and prepare the appellant's brief.

4. Counsel for appellant was retained by the Iqbals on October 16, 2015, less than a week before their notice of appeal was due in this Court. The county court did not provide counsel with the reporter's record until it was filed in this Court on November 30, 2015. As a result, counsel requires more time to review the clerk's record and reporter's record in this case and prepare the appellant's brief.

5. The Iqbals ask that this Court grant a 30-day extension to file their appellant's brief. The Iqbals' appellant's brief would be due by Friday, January 29, 2016.

6. The Iqbals have not previously requested a modification to the briefing schedule in this matter.

7. The Iqbals' requested modification is for good cause, is not sought solely for the purposes of delay, and is sought to promote judicial efficiency.

8. Counsel for appellee Federal National Mortgage Association was contacted by counsel for The Iqbals but did not state whether they opposed the motion.

2

WHEREFORE, PREMISES CONSIDERED, The Iqbals respectfully request that this Court grant this Motion for Extension of Time to File Appellant's Brief and extend the deadline for The Iqbals to file their brief to January 29, 2016.

Respectfully Submitted,

ARNOLD & PLACEK, P.C.
203 East Main Street, Suite 201
Round Rock, Texas 78664
Telephone:(512) 341-7044
Facsimile:(512) 341-7921

By: /s/ Jonathan Chaltain

R. SCOTT PLACEK
State Bar No. 00784769
splacek@arnoldplacek.com
SCOTT K. ARNOLD
State Bar No. 00785669
sarnold@arnoldplacek.com
JONATHAN CHALTAIN
State Bar No. 24079787
jchaltain@arnoldplacek.com

ATTORNEYS FOR APPELLANT
NASIM IQBAL, TEJ IQBAL, AND/OR
OCCUPANTS OF 2503 PADEN CIRCLE,
CEDAR PARK, TEXAS 76813

## CERTIFICATE OF CONFERENCE

I hereby certify that I reasonably attempted to confer with appellee's counsel but did not receive a response as to whether the motion is opposed.


　　　　　　　　　　　　　　　　　　/s/ Jonathan Chaltain
　　　　　　　　　　　　　　　　　　Jonathan Chaltain

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following Appellee's attorneys of record by facsimile and e-service on this 4th day of December, 2015.

Jeffry B. Lewis                                          VIA FACSIMILE AND E-SERVICE
Robertson Anshutz Vetters
10333 Richmond Avenue, Suite 550
Houston Texas 77042
Facsimile:  (713) 888-2703
jlewis@ravdocs.com

Brian P. Casey                                          VIA FACSIMILE AND E-SERVICE
Douglas G. Dent
6836 Bee Caves Rd
Bldg 3, Suite 303
Austin, Texas 78746
Facsimile:  (888) 530-9616
bcasey@caseylawtx.com

_/s/ Jonathan Chaltain_____
Jonathan Chaltain